IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGA
SOUTHERN DIVISION

**FILED - GR**

November 10, 2025 4:11 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ᴊᴡ , )) ⁻)?

UNITED STATES OF AMERICA
ex rel. CLEARWATER METRICS
LLC,

    Plaintiff-Relator,

v.

RITZ-CRAFT CORPORATION OF
MICHIGAN, INC. and RITZ CRAFT
CORPORATION OF
PENNSYLVANIA, INC.,

    Defendants.

NO. _____

COMPLAINT AND JURY
DEMAND

**Filed Under Seal**
pursuant to
31 U.S.C. § 3730(b)(2)

**1:25-cv-1402**
**Robert J. Jonker**
**U.S. District Judge**

## COMPLAINT

1.   Relator ClearWater Metrics LLC ("Relator") brings this action on behalf of itself and the United States of America against Defendants Ritz-Craft Corporation of Michigan, Inc. and Ritz Craft Corporation of Pennsylvania, Inc. for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 et seq.

2.   This action seeks to recover funds that were loaned to Defendants through the federal Government's Paycheck Protection Program ("PPP") and forgiven by the Government as a result of false applications.

3.   Defendants applied for and received Second Draw PPP loans and forgiveness totaling over $3 million. However, under the affiliation rules, they did not qualify for Second Draw PPP funding.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

5.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as one or more defendants reside in or transact business in this jurisdiction and violations of the False Claims Act occurred in this jurisdiction.

## THE PAYCHECK PROTECTION PROGRAM

6.     During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program ("PPP"), a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

7.     Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

8.     The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan

proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

9. The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

10. Borrowers had to submit documentation necessary to establish eligibility such as payroll processor records, payroll tax filings, form 1099s, income and expenses documentation.

11. For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

12. Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

13. Borrowers were later able to seek forgiveness of the loans if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities during either the 8- or 24-week period after disbursement.

## PARTIES AND PPP LOANS

14.    Relator ClearWater Metrics LLC is a mission-driven firm dedicated to combating fraud, waste, and abuse of taxpayer dollars. It utilizes a hybrid of cutting-edge and traditional investigation methods to analyze a wide range of information sources to discover potential misuse of taxpayer dollars.

15.    Ritz Craft Corporation ("Ritz-Craft") is self-described as the largest family-owned modular builder in the United States. Its "Northeast Division" is based in Mifflinburg, PA, and its "Midwest Division" is based in Jonesville, MI.

16.    Paul John is President/CEO of Ritz-Craft, and his brother Eric John is Vice President of Ritz-Craft.

17.    Ritz Craft Corporation of Pennsylvania, Inc. ("Ritz-Craft of Pennsylvania") has a principal address of 15 Industrial Park Road, Mifflinburg, PA 17844. According to the Pennsylvania secretary of state website, its governors are Paul John and Eric John, and its President is Paul John.

18.    Ritz-Craft Corporation of Michigan, Inc. ("Ritz-Craft of Michigan") has a principal address of 40600 Ann Arbor Road E., Suite 201, Plymouth, MI 48170. According to the Michigan secretary of state website, its directors are Paul John and Eric John, and its President is Paul John.

19.    At all relevant times, Paul and Eric John also owned and operated at

least four other businesses: Ritz-Trans Corporation of PA, Inc.; Legacy Building Products, Inc.; Heritage Aviation, LLC; and Rusty Rail Brewing Company, LLC. They are hereinafter referred to as the "John Affiliates."

***First Draw Loans***

20. Ritz-Craft Corporation of Michigan, Inc. was approved for a First Draw PPP loan of $1,050,809 by Southern Michigan Bank & Trust on April 9, 2020. It reported 131 jobs. The loan plus interest was forgiven, a total of $1,063,620.

21. Ritz Craft Corporation of Pennsylvania, Inc. was approved for a First Draw PPP loan of $2,857,874 by Southern Michigan Bank & Trust on April 8, 2020. It reported 99 jobs. The loan plus interest was forgiven, a total of $2,894,595.

22. Rusty Rail Brewing Co., LLC was approved for a First Draw PPP loan of $543,077 by Southern Michigan Bank & Trust on April 9, 2020. It reported 59 jobs. The loan plus interest was forgiven, a total of $549,505.

23. Ritz-Trans Corporation of Pennsylvania, Inc. was approved for a First Draw PPP loan of $295,590 by Southern Michigan Bank & Trust on April 9, 2020. It reported 24 jobs. The loan plus interest was forgiven, a total of $299,088.

24. Legacy Building Products, Inc. was approved for a First Draw PPP loan of $531,282 by Southern Michigan Bank & Trust on April 9, 2020. It reported

61 jobs. The loan plus interest was forgiven, a total of $537,570.

**Second Draw Loans**

25.    Ritz-Craft Corporation of Michigan, Inc. was approved for a Second Draw PPP loan of $1,050,799 by First Citizens Community Bank on Feb. 11,2021. It reported 127 jobs. The loan plus interest was forgiven, a total of $1,059,381.

26.    Ritz Craft Corporation of Pennsylvania, Inc. was approved for a Second Draw PPP loan of $2,000,000 by First Citizens Community Bank on Feb. 11, 2021. It reported 244 jobs. The loan plus interest was forgiven, a total of $2,016,667.

27.    Rusty Rail Brewing Co., LLC was approved for a Second Draw PPP loan of $760,308 by Southern Michigan Bank & Trust on Jan. 19, 2021. It reported 73 jobs. The loan plus interest was forgiven, a total of $766,224.

## INELIGIBILITY UNDER AFFILIATION RULES

28.    Defendants were not eligible for the Second Draw loans because, under the PPP affiliation rules, their total job counts should have been considered collectively, rather than individually.

### A. The Affiliation Rules

29.    A for-profit business was eligible for a Second Draw PPP Loan if the business had 300 or fewer employees or met another limited exception.

30.    When multiple entities are operated under common ownership or

-6-

management, the SBA generally applies "affiliation rules" that require the various entities to consolidate their employee counts when evaluating their loan eligibility.

31.   Concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists.

32.   The "affiliation based on ownership" test states that:

> For determining affiliation based on equity ownership, a concern is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the concern's voting equity. If no individual, concern, or entity is found to control, SBA will deem the Board of Directors or President or Chief Executive Officer (CEO) (or other officers, managing members, or partners who control the management of the concern) to be in control of the concern.

33.   The "affiliation based on management" test states that:

> Affiliation arises where the CEO or President of the applicant concern (or other officers, managing members, or partners who control the management of the concern) also controls the management of one or more other concerns. Affiliation also arises where a single individual, concern, or entity that controls the Board of Directors or management of one concern also controls the Board of Directors or management of one or more other concerns. Affiliation also arises where a single individual, concern or entity controls the management of the applicant concern through a management agreement.

34.   The "identity of interest" test extends the ownership and management tests to companies operated by parents, children, and siblings:

> Affiliation arises when there is an identity of interest between close relatives, as defined in 13 CFR 120.10, with identical or substantially[,] identical business or economic interests (such as where the close relatives operate concerns in the same or similar industry in the same geographic area).

35. Brothers Paul ánd Eric John own and operate Ritz-Craft, as its officers and directors, including both the Pennsylvania and Michigan locations. They also own and operate the John Affiliates. Thus, affiliation may be established under management and/or ownership.

36. Alternatively, affiliation may be established under identity of interest, if the ownership or control is divided between the brothers.

37. Additionally, Ritz-Craft files annual Form 5500s with the federal government reporting a single-employer 401(k) plan called the "Ritz-Craft Corporation Profit Sharing Retirement Plan" (the "Plan"). The Plan sponsor is Ritz-Craft Corporation of Pennsylvania, Inc.

38. In order to be a single employer plan, the entities must have 80% common ownership and be considered a "controlled group" under ERISA rules. 26 U.S.C. § 1563. Otherwise, if entities outside the control group participated in the Plan, then it would be a multiemployer plan. This means that any entities participating in these plans must be affiliated by ownership.

39. According to the Description of the Plan, in 2019, "[t]he Plan is a defined contribution plan covering substantially all employees of Ritz-Craft Corporation of Pennsylvania, Inc., Ritz-Trans Corporation of PA, Inc., Legacy

Building Products, Inc., Ritz-Craft Corporation of Michigan, Inc., Ritz-Craft Corporation of North Carolina, Inc., Heritage Aviation, LLC, Rusty Rail Brewing Company, LLC and Johns Buckley LLC (Companies) who have completed one year of service, as defined." However, in June 2019, the assets of Ritz-Craft Corporation of North Carolina, Inc. and Johns Buckley LLC were sold. Accordingly, the 2020 and 2021 Plan was limited to employees of Ritz-Craft Corporation of Pennsylvania, Inc., Ritz-Trans Corporation of PA, Inc., Legacy Building Products, Inc., Ritz-Craft Corporation of Michigan, Inc., and Rusty Rail Brewing Company, LLC.

### B. Affiliation Rule Waiver Requirements

40.    Accordingly, to avoid application of the affiliation rules, Defendants would have to meet one of three affiliation rule waiver requirements.

41.    The affiliation rules are waived under the PPP program for any of the following three reasons: (1) any business concern with less than 500 employees that, as of the date on which the loan is funded, is assigned a North American Industry Classification System (NAICS) code beginning with the digits 72; (2) any business concern operating as a franchise that is assigned a franchise identifier code by the U.S. SBA; and (3) any business concern that "receives financial assistance from a company licensed under section 301 of the Small Business Investment Act of 1958," *i.e.*, a "small business investment company." "Financial assistance" includes any type of

financing listed in 13 C.F.R. § 107.50, including loans and equity.

42.    At least two of the three waivers to the affiliation rules do not apply: Defendants were not assigned a NAICS code beginning with 72, nor have any of these entities been assigned a franchise identifier code. Relator has also found no evidence that any of Defendants have received SBIC lending.

### C. Application of the Affiliation Rules

43.    Eligibility under the Second Draw PPP loan program is limited to companies with 300 employees or fewer across all affiliates, including those with a NAICS code that begins with 72.

44.    At the beginning of 2019, when the Ritz-Craft 401(k) Plan still included Ritz-Craft Corporation of North Carolina, Inc. and Johns Buckley LLC, the Plan had 471 active participants. After those entities were no longer part of the plan, at the end of 2019 and beginning of 2020, it had 436 active participants. At the end of 2020, the Plan had 354 active participants. At the end of 2021, the Plan had 379 active participants. Moreover, the Plan was limited to employees with one year of service. Accordingly, there are likely other active employees who were not counted in the Form 5500. This is one reason that, upon information and belief, Defendants and their affiliates employed more than 300 employees at all relevant times.

45.    This active employee count aligns with the job counts of the loan applications themselves. On the First Draw PPP applications, Ritz-Craft of

Pennsylvania, Ritz-Craft of Michigan, and the John Affiliates collectively reported 374 employees.

46.     On the Second Draw PPP application, Ritz-Craft of Pennsylvania reported 244 employees, which upon information and belief was the total of it and the John Affiliates (which collectively reported 243 jobs on the First Draw). Its job count did not include the employees of Ritz-Craft of Michigan, which separately reported 127 employees on its Second Draw loan application. Collectively, therefore, Ritz-Craft and its affiliates reported 371 employees.

47.     If Ritz-Craft of Michigan is affiliated with the Pennsylvania companies—which all evidence suggests that it is—then Defendants were not eligible for Second Draw funding.

48.     Notably, Defendants and the John Affiliates applied for their loans through the same banks and at the same time. On the First Draw, the companies (including those based in Pennsylvania) applied for all of their loans from Southern Michigan Bank & Trust, and were approved within a day of each of other. On the Second Draw, the companies (including one based in Michigan) applied for all of their loans from the Pennsylvania-based First Citizens Community Bank, and were approved within days of each other. This suggests that the companies acted in concert when applying for PPP funds.

-11-

49.    Further, Defendants and the John Affiliates collectively received just over $3.8 million in Second Draw loans, just short of the $4 million corporate group cap for companies with a common parent.

## FALSE CERTIFICATIONS

50.    The Second Draw PPP Borrower Application Form required the applicant to certify in good faith that, *inter alia*:

(1) The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing Second Draw Paycheck Protection Program Loans under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) and the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (the Paycheck Protection Program Rules).

(2) The Applicant, together with its affiliates (if applicable)... employs no more than 300 employees...

51.    The Second Draw loan application also required applicants to report "Number of Employees (including affiliates, if applicable; may not exceed 300 unless "per location" exception applies)." It is apparent from the job counts on the Second Draw loan applications that they did not disclose the affiliation between Ritz-Craft of Pennsylvania and Ritz-Craft of Michigan.

52.    Defendants had to make these certifications when applying for PPP funds. Because they did not include the employees of their affiliated entities, these certifications were false.

## CONCLUSION

53.    If Defendants collectively exceeded the size standard for Second Draw loans, they should be required to repay their loan forgiveness, including interest, processing fees, and penalties.

## COUNT I
### VIOLATIONS OF 31 U.S.C. § 3729
### FALSE CLAIMS ACT

54.    Relator hereby incorporates and realleges all other paragraphs as if fully set forth herein.

55.    As set forth above, Defendants knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

56.    As set forth above, Defendants knowingly made, used, or caused to be made or used, false records or statements material to numerous false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

57.    As set forth above, Defendants knowingly conspired to commit a violation of the False Claims Act, in violation of 31 U.S.C. § 3729(a)(1)(C).

58.    Due to Defendants' conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim, record, or statement. 31 U.S.C. § 3729.

59.   Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendants:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States a maximum civil penalty for each of the false claims and statements;

(c) awarding Relator the maximum relator's share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs and reasonable attorneys' fees and expenses; and

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

/s/ Jason Marcus

Jason Marcus
Georgia Bar No. 949698
**Bracker & Marcus LLC**

-14-

3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Jason@fcacounsel.com





US POSTAGE & FEES PAID IMI   Stamps.com
1 LB PRIORITY MAIL RATE   063S0001443297
ZONE 5   7429392
Commercial   FROM 30062

11/04/2025

# USPS PRIORITY MAIL ®

BRACKER & MARCUS LLC   **0003**
3355 LENOX RD STE 660
ATLANTA GA 30326

C040

SHIP TO:   UNITED STATES DISTRICT COURT
ATTN CLERK OF THE COURT
110 MICHIGAN ST NW STE 399
GRAND RAPIDS MI 49503-2317

**USPS TRACKING #**

9405 5111 0549 5844 5017 59

UNDER SEAL