UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
May 8, 2026 1:28 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JV 5-8

UNITED STATES OF AMERICA, *ex rel.*
CLEARWATER METRICS LLC,

      Plaintiff-Relator,

v.

RITZ-CRAFT CORPORATION OF
MICHIGAN, INC; RITZCRAFT
CORPORATION OF PENNSYLVANIA, INC;
RITZ-TRANS CORPORATION OF
PENNSYLVANIA, INC; and LEGACY
BUILDING PRODUCTS, INC,

      Defendants.

_____/

Case No. 1:25-cv-1402

Hon. Robert J. Jonker
U.S. District Judge

**FILED *EX PARTE* AND
UNDER SEAL**

## THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION DECISION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the United States notifies the Court of its decision to intervene in the above-captioned action. Upon the unsealing of this case, the United States intends to file a complaint in intervention. The United States intends to name four defendants: the two defendants Relator originally named (Ritz-Craft Corporation of Michigan, Inc., and Ritzcraft Corporation of Pennsylvania, Inc.), as well as Ritz-Trans Corporation of Pennsylvania, Inc. and Legacy Building Products, Inc. The complaint in intervention will cover all of the allegations contained in the Relator's complaint and will contain additional allegations against all Defendants.

Upon the filing of this notice, the United States respectfully requests that seal be lifted as to Relator's Complaint, and as to all other contents of the Court file except

those discussed here. *See* 31 U.S.C. § 3730(b). Specifically, the United States requests that the Court enter only **partially-redacted copies** of the following papers on the public docket:[1]

- Memorandum of Law in Support of the United States of America's Ex Parte Application for an extension of time to intervene (filed January 15, 2026), a partially-redacted copy of which is attached as **Attachment 1**.

In discussing the content and extent of the government's non-public investigation, including methods and thought processes for assessing Relator's allegations, these filings were provided under 31 U.S.C. § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended and whether the seal should be partially lifted. *See id.* § 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

Dated: May 8, 2026                              Respectfully submitted,

                                                TIMOTHY VERHEY
                                                United States Attorney

                                                JACOB L. CARLTON
                                                Assistant United States Attorney
                                                U.S. Attorney's Office
                                                Western District of Michigan
                                                330 Ionia Avenue, Suite 501
                                                Grand Rapids, MI 49503
                                                Tel: (616) 808-2025
                                                E-mail: Jacob.Carlton@usdoj.gov

---

[1] Because this case is sealed, the United States does not have access to the electronic record to cite these pleadings in accordance with Administrative Order No. 16-MS-017.